AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WANDEL CASTILLO <br> *Plaintiff(s)* <br> v. <br> AURORA VEGETABLE MARKET CORP. d/b/a AURORA MEAT MARKET; 150 AURORA GROCERY CORP. d/b/a AURORA DELI GROCERY, and DELIA LUZ CASTILLO URENA, MILTON VLADIMIR CASTILLO, JOHN CASTILLO, and JULIO CASTILLO, Individually, <br> *Defendant(s)* | Civil Action No. 1:18-cv-09633 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aurora Vegetable Market Corp. d/b/a Aurora Meat Market, 138 East 174th Street, Bronx, NY 10457
150 Aurora Grocery Corp. d/b/a Aurora Deli Grocery, 150 East 174th Street, Bronx, NY 10457
Delia Luz Castillo Urena, 138 East 174th Street, Bronx, NY 10457
Milton Vladimir Castillo, 150 East 174th Street, Bronx, NY 10457
John Castillo, 150 East 174th Street, Bronx, NY 10457
Julio Castillo, 150 East 174th Street, Bronx, NY10457

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark L. Lubelsky And Associates
123 West 18th Street, 8th Floor, New York, NY 10011
(212) 242-7480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/22/2018                                                        /S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*

