

VIA ECF
Judge Vernon S. Broderick
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 11/13/2019

The initial conference scheduled for November 15, 2019 is hereby adjourned to December 6, 2019 at 10:00 a.m.

      Re:    ***Castillo v. Aurora Vegetable Market Corp., et al.***
             **U.S. SDNY 18 CV 09633 (VSB)**

Dear Judge Broderick:

    Our firm represents all defendants in the above-referenced matter which is currently scheduled for an initial preliminary conference November 15, 2019. I write to respectfully request an adjournment of this conference date because I am out of the country this week. Plaintiff's counsel consents to this request, which is the first such request. This request will not impact any other dates scheduled in this matter.

    All parties are available for a conference on either December 5 or 6 should the Court have availability on either of those dates.

                                            Respectfully submitted,

                                            [signature]

                                            Andrea Moss

11 prospect street, suite 1a
huntington, new york 11743
t/f: 631.423.3440
andrea.moss@alilawgroup.com
sima.ali@alilawgroup.com
www.alilawgroup.com