```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
WANDEL CASTILLO,                                :
                                                :
                          Plaintiff,            :
                                                :
           -against-                            :       19-CV-9633 (VSB)
                                                :
AURORA VEGETABLE MARKET CORP.,                  :       **ORDER**
et al.,                                         :
                                                :
                          Defendants.           :
------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  IT IS HEREBY ORDERED that the post-discovery conference scheduled for June 19, 2020 at 10:30 a.m., will be held telephonically. The parties are directed to dial in to the conference line at 888-363-4749, access code 2682448.

SO ORDERED.

Dated: June 8, 2020
    New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge