UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/10/2020
```

--------------------------------------------------------X

WANDEL CASTILLO,                             :
                                             :
                          Plaintiff,         :
                                             :
             -against-                       :                    18-CV-9633 (VSB)
                                             :
AURORA VEGETABLE MARKET CORP.,               :                    **ORDER**
et al.,                                      :
                                             :
                          Defendants.        :
--------------------------------------------------------X


<u>VERNON S. BRODERICK, United States District Judge</u>:

        I am in receipt of counsel for Defendants' papers in support their motion to withdraw as

counsel for Defendants, submitted via email on June 9, 2020, for in camera review.  Counsel for

Defendants should be prepared to discuss the application at the conference scheduled for June

19, 2020.  All parties should be prepared to discuss the status of discovery, and specifically what

discovery has been completed and what discovery remains outstanding.

SO ORDERED.

 Dated:    June 10, 2020
           New York, New York

                                               Vernon S. Broderick
                                               United States District Judge