UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
WANDEL CASTILLO,                                         :
:
              Plaintiff,                   :
:     18-CV-9633 (VSB)
   - against -                                        :
:     **ORDER**
:
AURORA VEGETABLE MARKET CORP.,                           :
et al.                                                   :
:
              Defendants.                  :
:
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020

VERNON S. BRODERICK, United States District Judge:

     I held a conference in this matter on June 19, 2020, to discuss defense counsel's motion to withdraw as attorney and the status of discovery in the matter. At the conference the parties agreed to make one last attempt at settlement, and to update me on whether they have successfully settled the matter, or if I should rule on the motion to withdraw as counsel. The parties have not filed any such letter. Accordingly, it is:

     ORDERED that on or before November 13, 2020, the parties are directed to file a joint letter no longer than 3 pages with an update as to the status of settlement and discovery, and whether I should rule on the motion to withdraw as counsel.

SO ORDERED.

Dated: November 5, 2020
       New York, New York

Vernon S. Broderick
United States District Judge