```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WANDEL CASTILLO,                                            :
                                                            :
                                Plaintiff,                  :
                                                            :         18-CV-9633 (VSB)
                - against -                                 :
                                                            :              ORDER
                                                            :
AURORA VEGETABLE MARKET CORP.,                              :
et al.                                                      :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On November 5, 2020, I directed the parties to file a joint letter on or before November 13, 2020, with an update as to the status of settlement and discovery, and whether I should rule on the motion to withdraw as counsel. The parties have not filed any such letter. Accordingly, it is:

ORDERED that on or before December 3, 2020, the parties are directed to file a joint letter no longer than 3 pages with an update as to the status of settlement and discovery, and whether I should rule on the motion to withdraw as counsel.

IT IS FURTHER ORDERED that if Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  November 24, 2020
        New York, New York

_____
Vernon S. Broderick
United States District Judge